**UNITED STATES DISTRICT COURT**
**DISRICT OF MASSACHUSETTS**

Civil Action
No: 1:20-cv-10199-LTS

THE STATE OF MASSACHUSETTS
**Plaintiff**

v.

RYAN TYLER KILBY

**Defendant**

## ORDER OF REMAND

SOROKIN, D.J.

In accordance with the Court's Memorandum and Order dated February 4, 2020, (CM/ECF No. 3) the above-entitled action is hereby REMANDED to Fall River District Court.

By the Court,

ROBERT M. FARRELL
CLERK OF THE COURT

/s/Mariliz Montes
Deputy Clerk

February 4, 2020